IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON OWENS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-1336-DRH-DGW |
| R. TRIPP, et al., | ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

On March 6, 2018, attorney Samuel Cook was recruited to represent Plaintiff in this matter (Doc. 18). Attorney Cook now seeks to withdraw (Doc. 21). He indicates that he did not renew his membership in this Court's bar, that he no longer is employed at his previous firm, that, because of his current work, he has no access to legal research tools, and that his professional malpractice insurance will not cover the work that he may do in this matter. For good cause shown, the Motion is **GRANTED** and Attorney Cook is relieved of his duty to represent Mr. Owens. Attorney Cook, however, is **DIRECTED** to contact the Clerk of Court, update his business address, and to affirmatively indicate to the Clerk whether he wishes to remain on the rolls of the Court.

New counsel shall be recruited for Plaintiff by separate Order. In light of this Order, the status conference set for April 20, 2018 is **CANCELLED**.

**DATED: April 18, 2018**

**DONALD G. WILKERSON**
**United States Magistrate Judge**

Page **1** of **1**